AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED

# UNITED STATES DISTRICT COURT

for the

2022 NOV 18  PM 12: 20

CLERK, US DISTRICT COUR·
MIDDLE DISTRICT OF F
OCALA FLORIDA

)
)
)
DENNIS ROGER BOLZE )
_____ )
_Petitioner_ )
v. )  Case No. 5:22-CV- 584-KKM-PRL
)       _(Supplied by Clerk of Court)_
WARDEN, FEDERAL CORRECTION )
)
CAMPLEX COLEMAN, FLORIDA )
_____ )
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:      DENNIS ROGER BOLZE
    (b) Other names you have used:     NONE

2.  Place of confinement:
    (a) Name of institution:   FEDERAL CORRECTION COMPLEX, FCI COLEMAN CAMP
    (b) Address:      P.O. BOX 1021
                      COLEMAN, FLORIDA 33521-1021
    (c) Your identification number:     14825-067

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:
    _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you:   U.S. DISTRICT COURT FOR THE
       EASTERN DISTRICT OF TENNESSEE, AT KNOXVILLE, TN.
       (b) Docket number of criminal case:        3:09-CR-93-TAV-DCP
       (c) Date of sentencing:     AUGUST 26, 2016
    ☐ Being held on an immigration charge
    ☐ Other _(explain)_:     N/A
    _____
    _____
    _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.   What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❐ Pretrial detention

❐ Immigration detention

❐ Detainer

❐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❐ Disciplinary proceedings

❐ Other *(explain)*:  _____N/A_____

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   _FEDERAL BUREAU OF PRISONS AT COLEMAN, FLORIDA (BP-8)_

(b) Docket number, case number, or opinion number:   _1118567_

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

_THE FAILURE AND DENIAL BY THE BOP TO AWARD ALL FIRST STEP ACT OF 2018 EARNED TIME CREDITS DUE JANUARY 15, 2022_

(d) Date of the decision or action:   _SEPTEMBER 21, 2022 / RECEIVED OCTOBER 6, 2022_

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ❐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:   _FEDERAL BUREAU OF PRISONS AT FCI COLEMAN, COLEMAN, FLORIDA (BP-8)_

(2) Date of filing:   _APRIL 20, 2022_

(3) Docket number, case number, or opinion number:   _1118567-F1_

(4) Result:   _AWARD OF TIME CREDITS DENIED_

(5) Date of result:   _MAY 13, 2022_

(6) Issues raised:   _"I AM REQUESTING THE BOP PROVIDE THE FIRST STEP ACT (FSA) EARNED TIME CREDITS AT THIS TIME SINCE THERE IS NO FSA PROVISION THAT GIVES THE DOJ THE RIGHT TO DENY THESE CREDITS THAT WERE DUE TO BE POSTED BY JANUARY 15, 2022" SEE AFFIDAVIT_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

AT EXHIBITS G15-20.

(b) If you answered "No," explain why you did not appeal: _N/A_

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑Yes    ☐No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _FEDERAL BUREAU OF PRISONS AT REGIONAL OFFICE, ATLANTA, GEORGIA (BP-10)_

(2) Date of filing: _JUNE 15, 2022_

(3) Docket number, case number, or opinion number: _118567-RZ_

(4) Result: _AWARD OF TIME CREDITS DENIED_

(5) Date of result: _JULY 25, 2022_

(6) Issues raised: _"I AM REQUESTING THE BOP PROVIDE THE FIRST STED ACT(FSA) EARNED TIME CREDITS AT THIS TIME, SINCE THERE IS NO FSA PROVISION THAT GIVES THE DOJ THE RIGHT TO DENY THESE CREDITS THAT WERE DUE TO BE POSTED BY JANUARY 15, 2022" SEE AFFIDAVIT AT EXHIBITS G9-G17._

(b) If you answered "No," explain why you did not file a second appeal: _N/A_

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑Yes    ☐No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _FEDERAL BUREAU OF PRISONS, OFFICE OF THE GENERAL COUNSEL, WASHINGTON, D.C (BP-11)_

(2) Date of filing: _AUGUST 19, 2022_

(3) Docket number, case number, or opinion number: _118567-A2_

(4) Result: _AWARD OF TIME CREDITS DENIED_

(5) Date of result: _SEPTEMBER 21, 2022 / RECEIVED OCTOBER 6, 2022_

(6) Issues raised: _"I AM REQUESTING THE BOP PROVIDE THE FIRST STEP ACT (FSA) EARNED TIME CREDITS AT THIS TIME, SINCE THERE IS NO FSA PROVISION THAT GIVES THE DOJ THE RIGHT TO DENY THESE CREDITS_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_THAT WERE DUE TO BE POSTED BY JANUARY 15, 2022" SEE AFFIDAVIT AT EXHIBITS G1-G8._

(b) If you answered "No," explain why you did not file a third appeal:   _N/A_

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes     ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court:   _N/A_
(2) Case number:   _N/A_
(3) Date of filing:   _N/A_
(4) Result:   _N/A_
(5) Date of result:   _N/A_
(6) Issues raised:   _N/A_

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court:   _N/A_
(2) Case number:   _N/A_
(3) Date of filing:   _N/A_
(4) Result:   _N/A_
(5) Date of result:   _N/A_
(6) Issues raised:   _N/A_

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

N/A

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:  N/A

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes  ☒ No

If "Yes," provide:

(a)  Date you were taken into immigration custody:  N/A

(b)  Date of the removal or reinstatement order:  N/A

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes  ☐ No

If "Yes," provide:

(1) Date of filing:  N/A

(2) Case number:  N/A

(3) Result:  N/A

(4) Date of result:  N/A

(5) Issues raised:  N/A

(d)  Did you appeal the decision to the United States Court of Appeals?

☐ Yes  ☒ No

If "Yes," provide:

(1) Name of court:  N/A

(2) Date of filing:  N/A

(3) Case number:  N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _N/A_

(5) Date of result: _N/A_

(6) Issues raised: _N/A_

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes     ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _N/A_

(b) Name of the authority, agency, or court: _N/A_

_N/A_

(c) Date of filing: _N/A_

(d) Docket number, case number, or opinion number: _N/A_

(e) Result: _N/A_

(f) Date of result: _N/A_

(g) Issues raised: _N/A_

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _THE BUREAU OF PRISONS HAS NOT AND WILL NOT AWARD ALL° FIRST STEP ACT OF 2018 EARNED TIME CREDITS THAT WERE DUE ON JANUARY 15, 2022 AND BEYOND TO THE PRESENT. THE BUREAU'S EXECUTION OF SENTENCE AND ITS MANNER HAVE ACTED CONTRARY TO THE INTENT OF CONGRESS._

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cites cases or law.)*:

THE SUPPORTING FACTS AND EVIDENCE ARE ATTACHED IN THE MEMORANDUM AND AFFIDAVIT,

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes          ☐ No

GROUND TWO: _____ NONE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

GROUND THREE: _____ NONE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

| GROUND FOUR: | *NONE* |
| --- | --- |

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

*N/A*

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:     *NONE*

**Request for Relief**

15. State exactly what you want the court to do: *FOR THE DISTRICT COURT TO ORDER THE BUREAU OF PRISONS TO AWARD "ALL" FIRST STEP ACT EARNED TIME CREDITS PRESENTED HEREIN.*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

NOVEMBER 17, 2022   7:30AM

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: NOVEMBER 16, 2022

_Signature of Petitioner_

PRO-SE

_Signature of Attorney or other authorized person, if any_